INNERPULSE, INC. (Real Party Interest Synecor, LLC),
Appellant,

v.

David J. KAPPOS, Director, United States Patent and Trademark Office, Appellee,

and

Boston Scientific Corporation, Appellee.

No. 2012–1251.

United States Court of Appeals, Federal Circuit.

Jan. 15, 2013.

Brad D. Pedersen, Patterson Thuente Christensen Pedersen, P.A. of Minneapolis, MN, argued for appellant. With him on the brief was Michael P. Gates.

Sydney O. Johnson, Jr., Associate Solicitor, United States Patent and Trademark Office, of Alexandria, VA, argued for appellee, David J. Kappos, Director, United States Patent and Trademark Office. With him on the brief were Raymond T.

Chen, Solicitor, and Kristi L.R. Sawert, Associate Solicitor.

Kara F. Stoll, Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P., of Washington, DC, argued for appellee, Boston Scientific Corporation. With her on the brief was Aaron L. Parker.

RADER, Chief Judge, DYK, and REYNA, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**